# ARRAIGNMENT/PLEA/SENTENCING/DETENTION MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-3977 GJF | UNITED STATES vs. MARQUEZ-NERI |
|---|---|

**Before The Honorable Gregory J. Fouratt, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | SEPTEMBER 30, 2025 | Time In and Out: | 11:04-11:22 AM (3 MIN) |
| Clerk: | CATHY ALVAREZ | Digital Recording: | LCR-SIERRA BLANCA |
| Defendant: | ARTEMIA MARQUEZ-NERI | Defense Counsel: | CARLOS RUVALCABA TREJO |
| AUSA: | CHARLES GARIA | Interpreter: | JUAN RAMIREZ — ☐ Sworn  ☐ Waived |

- ☒ Defendant Sworn
- ☐ First Appearance
- ☒ Defendant received a copy of charging document **(Information)** and waives formal reading **(Read in Spanish)**
- ☐ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
- ☐ Terms and conditions of proposed plea agreement explained.
- ☐ Defendant indicates understanding of its terms.
- ☒ Factual predicate to sustain the plea provided.
- ☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
- ☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
- ☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
- ☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
- ☒ Deft pleads GUILTY to: **COUNT 1 OF THE INFORMATION**
  Defendant enters a NOT GUILTY plea as to: **COUNTS 2, 3 OF THE INFORMATION**
- ☒ Allocution by Deft on elements of charge(s).
- ☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
- ☒ Deft adjudged guilty.
- ☒ Sentence Imposed: **CBOP: TIME SERVED (as to count 1); SPA: waived**
- ☒ Defendant in custody  ☒ Conditions changed to: **O/R BOND**

Other Matters: **COURT WILL SEVER THE REMAINING COUNT(S) DUE TO PREJUDICIAL JOINDER; ORDER TO BE FILED.**
**DEFENSE COUNSEL REQUESTS COURT RELEASE DEFENDANT ON REMAINING COUNTS; GOVERNMENT OPPOSES RELEASE.**
**COURT RULING** – COURT STATES THAT THE REMAINING CHARGES ARE FATALLY FLAWED, AND THAT, GIVEN THE WEAKNESS OF THE CASE, THE DEFENDANT SHOULD NOT BE DETAINED ANY FURTHER. COURT ORDERS DEFENDANT'S RELEASE ON OWN RECOGNIZANCE; ORDER TO BE FILED.

**GOVERNMENT MOVES TO DISMISS COUNTS 2 AND 3 BASED ON THE COURT'S RULING REGARDING RELEASE; NO OBJECTION BY DEFENSE COUNSE.**
**COURT RULING** – COURT GRANTS ORAL MOTION TO DISMISS COUNTS 2 AND 3 WITHOUT PREJUDICE.